```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

BEVERLY THOMPSON                                           PLAINTIFF

VS.                                CIVIL ACTION NO. 5:05cv21(DCB)(JCS)

THAMES AUTOPLEX, INC.;
TRIAD CORPORATION;
AND JOHN DOES                                             DEFENDANTS

## ORDER OF REMAND

This cause having come on for hearing on the plaintiff's motion to remand, and the motion having been granted in a Memorandum Opinion and Order of even date herewith; accordingly,

IT IS HEREBY ORDERED that this action is REMANDED to the Circuit Court of Warren County, Mississippi.

SO ORDERED, this the   21st   day of March, 2006.

                                    s/David Bramlette
                                    UNITED STATES DISTRICT JUDGE