```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

BEVERLY THOMPSON                                         PLAINTIFF

VS.                             CIVIL ACTION NO. 5:05cv21(DCB)(JCS)

THAMES AUTOPLEX, INC.;
TRIAD CORPORATION;
AND JOHN DOES                                           DEFENDANTS

<u>ORDER</u>

This cause having come on for hearing on the plaintiff's motion to remand; and the motion having been granted in a Memorandum Opinion and Order of March 21, 2006; and an Order of Remand having issued the same day; whereupon defendant Triad Corporation has requested that the entire file in this case be sent to the state court; accordingly,

IT IS HEREBY ORDERED that the Clerk of Court is directed to send the entire file to the state court.

SO ORDERED, this the 29th day of March, 2006.

<u>S/DAVID BRAMLETTE</u>
UNITED STATES DISTRICT JUDGE